B. E. THORNTON et al., Defendants-Appellants,

v.

W. E. DAVIS, Plaintiff-Appellee.

No. 13405.

United States Court of Appeals
Sixth Circuit.

April 26, 1958.

Raulston, Raulston & Swafford, Jasper, Tenn., for appellants.

John H. Marable, Tracy City, Tenn., Folts, Bishop & Thomas, Chattanooga, Tenn., for appellee.

PER CURIAM.

Upon due consideration of the brief and oral argument in the above entitled cause, and the Court perceiving no prejudicial error therein, the judgment of the District Court is hereby

Affirmed.

---

Edsel Lloyd RIVERS, Appellant,

v.

UNITED STATES of America.

No. 15960.

United States Court of Appeals
Eighth Circuit.

Feb. 13, 1958.

Joseph Langworthy, Pacific, Mo., for appellant.

Harry Richards, U. S. Atty., and Robert C. Tucker, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.

---

Thomas JONES, Appellant,

v.

UNITED STATES of America.

No. 15962.

United States Court of Appeals
Eighth Circuit.

Feb. 13, 1958.

Alphonse J. Lynch, St. Louis, Mo., for appellant.

Harry Richards, U. S. Atty., and Robert C. Tucker, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.

---

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

G. L. TARLTON CONTRACTING COMPANY.

No. 15955.

United States Court of Appeals
Eighth Circuit.

Feb. 18, 1958.

Thomas J. McDermott, Assoc. Gen. Counsel, National Labor Relations Board, and Marcel Mallet-Prevost, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.